GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 11/17/2022

| CASE NO | DEBTOR | PAYEE | ADDRESS | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 1703049 | Jennifer Michelle Lee | Jennifer Michelle Lee | 1685 KNOLLWOOD DRIVE #597<br>MOBILE, AL 36609 | 333891 | $9.37 |
| 1703326 | Latrenna Kwinterra Montgomery | Latrenna Kwinterra Montgomery | 7238 PINEHILL ROAD<br>DAPHNE, AL 36526 | 333924 | $7.93 |
| 1703344 | Quenton Jemarki Osburn | Quenton Jemarki Osburn | 3312 ROCHESTER STREET<br>MOBILE, AL 36606 | 333935 | $33.76 |
| 1703861 | Storm Elizabeth Garrett | Storm Elizabeth Garrett | 10824 LOTT CEMETERY ROAD<br>CHUNCHULA, AL 36521 | 333822 | $0.60 |
| 1703916 | Eboni Shamia Kelley | Eboni Shamia Kelley | 900 DOWNTOWNER BLVD #189<br>MOBILE, AL 36609 | 333878 | $140.00 |
| 1703939 | Anthony James Evans, II | Anthony James Evans, II | 5660 ULYSSES ROAD<br>EIGHT MILE, AL 36613 | 333806 | $47.15 |
| 1704143 | Jeremy B. Richardson | Jeremy B. Richardson | 525 CELESTE ROAD APT L<br>SARALAND, AL 36571 | 333955 | $183.00 |
| 1704143 | Jeremy B. Richardson | Jeremy B. Richardson | 525 CELESTE ROAD APT L<br>SARALAND, AL 36571 | 333956 | $1,090.17 |
| 1704481 | Walter Anderson, Jr. | Walter Anderson, Jr. | 6650 COTTAGE HILL ROAD #214<br>MOBILE, AL 36695 | 333727 | $631.85 |
| 1704481 | Walter Anderson, Jr. | Walter Anderson, Jr. | 6650 COTTAGE HILL ROAD #214<br>MOBILE, AL 36695 | 333728 | $42.21 |
| 1704544 | Danielle Shountaye Pettway | Danielle Shountaye Pettway | 1505 ST STEPHENS ROAD<br>MOBILE, AL 36603 | 333939 | $89.10 |
| 1800075 | Shanada Zekisha Hardy | Shanada Zekisha Hardy | 4215 MOFFETT ROAD APT 93<br>MOBILE, AL 36618 | 333836 | $19.55 |

GENERAL FUND

## FOR THE SOUTHERN DISTRICT OF
## ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
## COVERING THE PERIOD 11/17/2022

| CASE NO | DEBTOR | PAYEE | ADDRESS | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 1801302 | Calloway Christopher McCants | Calloway Christopher McCants | 3920 BREWYN DRIVE SOUTH #173 MOBILE, AL 36608 | 333909 | $108.35 |
| 1801302 | Calloway Christopher McCants | Calloway Christopher McCants | 3920 BREWYN DRIVE SOUTH #173 MOBILE, AL 36608 | 333910 | $174.65 |
| 1801328 | Sabrine Ashyia Woods | Community Neighbor Bank | 281 GREENVILLE BYPASS GREENVILLE, AL 36037 | 331551 | $6.74 |
| 1801328 | Sabrine Ashyia Woods | Community Neighbor Bank | 281 GREENVILLE BYPASS GREENVILLE, AL 36037 | 331551 | $30.96 |
| 1801328 | Sabrine Ashyia Woods | Community Neighbor Bank | 281 GREENVILLE BYPASS GREENVILLE, AL 36037 | 331551 | $10.14 |
| 1801408 | Phillip Ray Jackson | Phillip Ray Jackson | 604 ALCO DRIVE BREWTON, AL 36426 | 333863 | $360.33 |
| 1801408 | Phillip Ray Jackson | Phillip Ray Jackson | 604 ALCO DRIVE BREWTON, AL 36426 | 333864 | $187.47 |
| 1801679 | Elise Davis | Elise Davis | 1751 WOLF RIDGE ROAD MOBILE, AL 36618 | 333778 | $81.28 |
| 1801781 | Trevechia Laschelle Harris | Trevechia Laschelle Harris | 202 SMOKE AVENUE SARALAND, AL 36571 | 333838 | $2.38 |
| 1801899 | Jarrett Wayne Mitchell | Jarrett Wayne Mitchell | 8635-A OAKHILL DRIVE SEMMES, AL 36575 | 333921 | $651.25 |
| 1802207 | Alex Raymond Block | Alex Raymond Block | 4472 BINGHAMTON DRIVE MOBILE, AL 36619 | 333745 | $0.30 |
| 1803957 | Theresa Gardner | Theresa Gardner | 14670 COUNTY ROAD 9 SUMMERDALE, AL 36580 | 333821 | $366.92 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 11/17/2022

| CASE NO | DEBTOR | PAYEE | ADDRESS | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 1912619 | Clara Evelyn Dees | Clara Evelyn Dees | 4155 NYMPH ROAD EVERGREEN, AL 36401 | 333784 | $537.76 |
| 1913728 | Donald W Easterling | Donald W Easterling | 317 ARROW AVENUE SATSUMA, AL 36572 | 333796 | $48.69 |
| 1920388 | Sandra A. Greene | Sandra A. Greene | 265 HARRISON JACKSON ROAD MARION, AL 36756 | 333829 | $506.81 |
| 1920403 | Dorothy B Williams | Dorothy B Williams | 829 KESSLER CIRCLE APT A SELMA, AL 36701 | 334015 | $3.76 |
| 2111926 | Gordon L. Brooks, III | Gordon L. Brooks, III | 42301 J B WARREN LANE BAY MINETTE, AL 36507 | 333751 | $753.00 |
| 2210429 | Alvedia Dinish | Alvedia Dinish | 25282 MONARACH COURT LOXLEY, AL 36551 | 333786 | $606.92 |
| 2210429 | Alvedia Dinish | Alvedia Dinish | 25282 MONARACH COURT LOXLEY, AL 36551 | 333787 | $6,268.97 |
| 2210462 | James D. Hall | James D. Hall | 35 CHERRY DRIVE SARALAND, AL 36571 | 333831 | $1,537.02 |
| 2211061 | Paula Nadine Weatherly | KAJA Holdings 2, LLC | P.O. BOX 488 COLUMBIA, SC 29202 | 332159 | $102.96 |
| 2220109 | Latasha Renea Love | Latasha Renea Love | P.O. BOX 403 PINE HILL, AL 36769 | 333895 | $6.00 |
| 2010467 | Roy D Butler, Sr. | Roy D Butler, Sr. | 1300 SCHILLINGER ROAD SOUTH LOT N32 MOBILE, AL 36695 | 333759 | $4.09 |
| 2010354 | Nicholas Jamarius Brown | Nicholas Jamarius Brown | 456 SOUTH MOUNT PEASANT MONROEVILLE, AL 36460 | 333755 | $81.71 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 11/17/2022

| CASE NO | DEBTOR | PAYEE | ADDRESS | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 1912909 | Joseph M Agent | Joseph M Agent | 8814 MARCH ROAD IRVINGTON, AL 36544 | 333721 | $53.00 |
| 1803292 | Gaston T. Gray | Gaston T. Gray | 12022 ROBERTS ROAD CHUNCHULA, AL 36521 | 333828 | $212.50 |
| 1803292 | Gaston T. Gray | Gaston T. Gray | 12022 ROBERTS ROAD CHUNCHULA, AL 36521 | 333827 | $200.31 |
| 1803061 | Everett Retic Bennett | Everett Retic Bennett | 4210 COUNTY ROAD 31 ARLINGTON, AL 36722 | 333743 | $0.20 |
| 1704624 | William Tolin | William Tolin | 206 MCGHEE STREET EVERGREEN, AL 36401 | 333998 | $12.70 |
| 1703692 | Lawrence D. Holifield | Lawrence D. Holifield | 711 CENTREVILLE STREET MOUNDVILLE, AL 35474 | 333854 | $7.13 |
| | | TOTAL | | | $15,218.99 |